IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00773-RPM

GEORGE WEBB,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC.,

    Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened on October 11, 2006, it is

ORDERED that this matter is set for trial to jury on **May 21, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: October 12, 2006

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge