**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-773-RPM-BNB

GEORGE WEBB,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

THE COURT, having reviewed the parties' Stipulation for Dismissal With Prejudice (Docket No. 53), and being fully informed on the issues, hereby ORDERS as follows:

The above-referenced case is hereby dismissed with prejudice. Each party is to pay his or its own costs and attorney fees.

DATED this 30th day of April, 2007.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                United States District Court Judge